UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RONALD E. KEMP

                            Plaintiff,                                  08 CIVIL 0954 (LBS)(DCF)

    -against-
LONG ISLAND RAILROAD

                            Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____ Ira M. Maurer _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        IM0337

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ **CHANGE OF ADDRESS**
    *Address:* 1025 Westchester Avenue, Ste. 106, White Plains, NY 10604

☒ *Telephone Number:* 914- 948-3352

☒ *Fax Number:* 914-948-3355

☐ *E-Mail Address:* _____

Dated: 2-20-08            [signature]