UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Ronald E. Kemp

        v.

Long Island Railroad Company

----------------------------------------X

08 CIV. 954 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

APPEARANCES:

Plaintiff by:

Ira M. Maurer

Cahill, Goetsch & Maurer, P.C.

1025 Westchester Ave., Ste. 106

White Plains, N.Y. 10604

Defendant by:

Christopher P. Yodice, Esq.
Long Island Co.

93-02 Sutphin Blvd.

Jamaica, New York 11435

SAND, J.

       Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 10/13/08.

4. A pretrial order shall be submitted by 11/3/08. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on 11/12/08 at 9:30. This conference is to be attended by counsel who will actually try the case.

       If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

       SO ORDERED.

DATED:  New York, New York
               5/28/08

_____
U.S.D.J.